NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY TRANSIT RAIL OPERATIONS, INC., <br><br>　　　　　　　Plaintiff, <br><br>v. <br><br>BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN, <br><br>　　　　　　　Defendant. | Case No.: 24-cv-11102 <br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on the motion of plaintiff New Jersey Transit Rail Operations, Inc. ("Plaintiff") for a temporary restraining order to enjoin the Brotherhood of Locomotive Engineers and Trainmen ("Defendant") from proceeding with an arbitration regarding the 10.4% salary differential (the "Arbitration"). Pursuant to telephone conferences with the parties held by the Court on December 18, 2024, and December 19, 2024, the parties have postponed the Arbitration from January 9, 2025, to February 21, 2025, and have consented to the following briefing schedule and hearing date. Accordingly,

IT IS on this 20th day of December, 2024:

**ORDERED** that Defendant's opposition to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, including proposed findings of fact and conclusions of law, and evidentiary support, is due January 15, 2025; and it is further

**ORDERED** that the parties shall submit a joint letter of no more than two pages updating the Court on the status of relevant proceedings on January 21, 2025; and it is further

**ORDERED** that Plaintiff's reply brief, including proposed findings of fact and conclusions of law, and any additional evidentiary support, is due January 24, 2025; and it is further

2

**ORDERED** that an in-person hearing is set for January 29, 2025, at 10:30 a.m. ET before Judge Claire Cecchi, U.S.D.J. in Courtroom 5B, MLK Building, 50 Walnut Street, Newark, New Jersey.

**SO ORDERED.**

*/s/ Claire C. Cecchi*
**CLAIRE C. CECCHI, U.S.D.J.**