UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

NEWARK

Date: January 29, 2025

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: RHEA MORALES

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 24-cv-11102 (CCC)

Title of Case:  NEW JERSEY TRANSIT RAIL OPERATIONS, INC. v.
                BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN.

Appearances:

Douglas Solomon, David Solomon & Raj Parikh, Esqs. on behalf of the Plaintiff
Joshua McInerney, Esq. on behalf of NJ Transit Rail Operations

**NATURE OF PROCEEDINGS:   Hearing on Motion for Preliminary Injunction**

Oral Argument held.
Status Conference held.
Counsel to meet & confer with their respective clients.
Telephone status conference scheduled for 1/31/2025 at 2:15 p.m.

Time Commenced:   11:00 a.m.                    Time Adjourned:   4:30 p.m.

*Jacquie Lambiase*

Jacquie Lambiase, Deputy Clerk