Doug Solomon (State Bar No. 042771995)
David Solomon (State Bar No. 244262017)
**JACKSON LEWIS P.C.**
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
Tel: (908) 795-2970
*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NEW JERSEY TRANSIT RAIL OPERATIONS, INC.,** | Civil Action No. 2:24-cv-11102(CCC)(CLW) |
| Plaintiff, | |
| v. | |
| **BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN,** | NOTICE OF DISMISSAL PURSUANT TO FRCP R. 41 |
| Defendant. | Complaint Filed December 12, 2024 |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, New Jersey Transit Rail Operations Inc., by and through its counsel, voluntarily dismisses the above-captioned case, without prejudice, each party to bear its own costs and attorneys' fees.

Dated this 7th day of February 2025.

Respectfully submitted,
/s/    *Doug Solomon*

Doug Solomon (State Bar No. 042771995)
David Solomon (State Bar No. 244262017)
**JACKSON LEWIS P.C.**
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922

*Attorneys for Plaintiff*
New Jersey Transit Rail Operations Inc.

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:  2/10/2025